UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT HERNANDEZ and MARIA HERNANDEZ,

    Plaintiffs,

-v-

SYNCHRONY BANK,

    Defendant.

_____/

CASE NO. 5:18-CV-00185-JSM-PRL

**JOINT STIPULATION TO ARBITRATE
CLAIMS AND STAY LAWSUIT**

    Plaintiffs Robert and Maria Hernandez ("Plaintiffs") and Defendant Synchrony Bank ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate Claims and Stay Lawsuit, stating as follows:

    1.    The Parties have agreed to submit all of the claims in this lawsuit to arbitration pursuant to the Parties' arbitration agreement. The arbitration shall be conducted through and in accordance with the rules of the arbitrator.

    2.    The Parties therefore respectfully request that (a) this Court order that all of the claims in this lawsuit be submitted to binding, non-judicial arbitration pursuant to the Parties' arbitration agreement, and (b) that the case be stayed pending arbitration.

Dated: May 30, 2018

| | |
|---|---|
| */s/ Jason Derry* <br> Jason Derry <br> Morgan & Morgan <br> 201 N. Franklin St., 7th Floor <br> Tampa, Florida 33602 <br> Office: (813) 318-5180 <br> Fax (813) 257-0577 <br> jderry@forthepeople.com <br><br> *Attorney for Plaintiffs Robert and Maria Hernandez* | */s/ Brandon T. White* <br> Brandon T. White <br> REED SMITH LLP <br> 1001 Brickell Bay Drive, 9th Floor <br> Miami, FL 33131 <br> Phone: 786.747.0222 <br> Fascimile: 786.747.0299 <br> bwhite@reedsmith.com <br><br> *Counsel for Defendant Synchrony Bank* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including:

Jason R. Derry, Esq.
Morgan & Morgan, Tampa, PA
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0577
jderry@forthepeople.com
jsherwood@forthepeople.com
*Attorneys for Plaintiff*

*/s/ Brandon T. White, Esq.*
Brandon T. White, Esq.
Florida Bar No. 106792
*Counsel for Defendant*