UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT HERNANDEZ and
MARIA HERNANDEZ,

  Plaintiffs,

-vs-                                            CASE NO.:  5:18-CV-00185-JSM-PRL

SYNCHRONY BANK,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Robert Hernandez, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Brandon T. White, Reed Smith, LLP, 1001 Brickell Bay Drive, Suite 900 Miami FL 33131 (bwhite@reedsmith.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
*Attorney for Plaintiff*