UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT HERNANDEZ and
MARIA HERNANDEZ,

   Plaintiffs,

-vs-                                          CASE NO.:  5:18-CV-00185-JSM-PRL

SYNCHRONY BANK,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiffs, Robert Hernandez and Maria Hernandez, and the Defendant, Synchrony Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of October, 2018.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/Brandon T. White* |
| Jason R. Derry, Esquire | Brandon T. White, Esquire |
| Florida Bar No.: 0036970 | Florida Bar#:  106792 |
| Morgan & Morgan, Tampa, P.A. | Reed Smith, LLP |
| One Tampa City Center | 1001 Brickell Bay Drive, Suite 900 |
| 201 North Franklin Street, 7th Floor | Miami, FL 33131 |
| Tampa, FL 33602 | Telephone: (786) 747-0222 |
| Telephone: (813) 223-5505 | Facsimile: (786) 747-0299 |
| Facsimile:  (813) 257-0577 | bwhite@reedsmith.com |
| jderry@ForThePeople.com | *Attorney for Defendant* |
| jkneeland@ForThePeople.com | |
| *Attorney for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Brandon T. White, Reed Smith, LLP, 1001 Brickell Bay Drive, Suite 900 Miami FL 33131 (bwhite@reedsmith.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
*Attorney for Plaintiff*